# CRIMINAL APPEALS
## CERTIFICATE OF NOTICE OF APPEAL TO THE FOURTH COURT OF APPEALS

TRIAL COURT NO. 2011CR2567

THE STATE OF TEXAS

VS

SANDRA COY BRIGGS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
03/12/2015 8:42:54 AM
KEITH E. HOTTLE
Clerk

IN THE 186TH DISTRICT COURT
OF
BEXAR COUNTY, TEXAS

1. Defendant filed motion for new trial:__ no _X_ yes, date filed: 01-08-2015

2. Notice of appeal was filed on 02-27-2015

3. The Honorable JEFFERSON MOORE presided at the trial .

4. The above named defendant was convicted of the offense(s) of INTOX MANSLAUGHTER - PUBL SERV

   as a (Repeater)(Habitual).

5. State's appeal attorney: NICHOLAS LAHOOD 300 Dolorosa, Suite 4025, Bexar County Justice Center, San Antonio, Texas,78205 (210)335-2413 SBN: 24030360

6. Trial Attorney(s): EDWARD P PIKER JR

   (Retained)(Appointed)Appeals attorney:DAYNA JONES
   Address & Phone No:1800 MCCULLOUGH AVE SAN ANTONIO, TX, 78212-4024 (210)255-8525    SBN: 24049450

   Defendant Pro-Se__Yes_X_No

7. The trial held was:___Trial before the Court    ___Jury trial on guilt only
   _X_Jury trial on punishment only    ___Jury trial guilt and punishment
   ___Plea of guilt / nolo contendere to court - negotiated plea agreement followed by court
   ___Pretrial motion heard prior to plea    ___Open/non negotiated plea of guilty/nolo contender
   ___Motion to enter adjudication of guilt ___Motion to revoke community supervision
   _X_Other ORDER FOR NEW TRIAL

8. The sentence was (imposed ) on:01-20-2012 for a period of:yrs:045 mths:00
   and a fine of $

9. Defendant is presently in:_X_ BCADC ___ TDCJID. Defendant is on __** RWOB **__ appeal bond.

10. Name and Address of Court Reporter(s) who reported the evidence: MARIA FATTAHI 01/13/2012;
    DEBBIE DOOLITTLE 08/26/11,01/12/12,01/20/12,02/18/15,02/20/15.

11. If two or more cases were tried together the other cases that have been or may be appealed are:(Defendant's & cause number) _____

WITNESS MY HAND THIS THE 9th DAY OF March , 2015

COURT REPORTER(S): MARIA FATTAHI    Date: 03/09/15
                   DEBBIE DOOLITTLE    Date: 03/09/15
KEITH E. HOTTLE, CLERK

BY:_____    Date:_____
   Deputy

DONNA KAY MCKINNEY
BEXAR COUNTY DISTRICT CLERK

BY: _____

GONZALEZ DONNIE A.    ,DEPUTY

(jsdca)

Cause No. 2011-CR-2567

| STATE OF TEXAS | § | IN THE 186TH JUDICIAL |
|---|---|---|
| | § | |
| v. | § | DISTRICT COURT |
| | § | |
| SANDRA BRIGGS | § | BEXAR COUNTY, TEXAS |

**DEFENDANT'S NOTICE OF APPEAL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, SANDRA BRIGGS, Defendant in the above-styled and numbered cause, gives his Notice of Appeal to the Fourth Court of Appeals of Texas from the judgment rendered against her.

Respectfully submitted:

DAYNA L. JONES
Bar No. 24049450
LAW OFFICE OF DAYNA L. JONES
11800 McCullough Avenue
San Antonio, Texas 78212
(210) 255-8525 office
(210) 223-248 facsimile

Attorney for Defendant,
SANDRA BRIGGS

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Notice of Appearance has been delivered *via* hand-delivery to the Bexar County Attorney's Office on February 25, 2015.

DAYNA L. JONES



Cause No. 2011-CR-2567

| STATE OF TEXAS | § | IN THE 186TH JUDICIAL |
| | § | |
| v. | § | DISTRICT COURT |
| | § | |
| SANDRA BRIGGS | § | BEXAR COUNTY, TEXAS |

## ORDER FOR NEW TRIAL

On this _____ day of _____ 2015, came to be heard Defendant's Motion for New Trial, and it appears to the court that this motion should be GRANTED.

IT IS THEREFORE ORDERED that a new trial be conducted in the above entitled and numbered cause.

DENIED
20 FEB 2015

_____
JUDGE PRESIDING

14



No. _2011 CR 2567_

| The State of Texas | § | In the/ _86_ District Court |
|---|---|---|
| vs. | § | of |
| _SANDRA LOY BRIGGS_ | § | Bexar County, Texas |

### TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL.*

I, judge of the trial court, certify this criminal case:

☐ is not a plea-bargain case, and the defendant has the right of appeal; (or)

☐ is a plea-bargain case, but the defendant has filed a notice of appeal that specifies the appeal if for a jurisdictional defect; (Tex.Rules App. Pro. 25.2(a)(2)(A));

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal; (Tex.Rules App. Pro. 25.2 (a)(2)(B)); (or)

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal; (Tex. Rules App. Pro. 25.2(a)(2)(c)); (or)

☑ is a plea-bargain case, and the defendant has NO right of appeal; (or)

☐ is a revocation of the defendant's community supervision, and the defendant has the right to appeal the court's action revoking the community supervision, but not the underlying conviction (Tex, Code of Crim. Pro. 42.12§23); (or)

☐ is an adjudication of guilt following a deferred adjudication, and the defendant has a limited right of appeal (Tex. Code of Crim. Pro. 2.12§5(b));

☐ is a decision on the defendant's motion for forensic DNA testing and the defendant has the right of appeal (Tex. Code of Crim. Pro 64.05);

☐ is one in which the defendant has waived the right of appeal.

_____      _____
JUDGE                                Date Signed   January 20, 2012

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. Tex. R. App. P. 68.2.

I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
DEFENDANT

Mailing address:_____
Telephone number:_____

Fax number if any:_____

_____
ATTORNEY FOR DEFENDANT

Bar number:___ _16008800_
Mailing address:___ _315 S. MAIN_
_____ _SAN ANTONIO, TX 78204_
Telephone:___ _226-0026_
Fax:___ _226-8402_

*"A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case—that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant—a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).